IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN SCHWEINERT,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                             Case No. 09-cv-467-wmc

MICHELLE McCRAY,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Michelle McCray's granting her motion for summary judgment and dismissing this case.

_____           8/5/10
Peter Oppeneer, Clerk of Court           Date